PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Eric Kareem Dudley**                          **Docket No. 7:18-CR-198-1BO**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Kyle Kusmierczyk, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Eric Kareem Dudley, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 19th day of December, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 17, 2019, Dudley provided a urine sample that returned positive for marijuana. It is also noted there has been an odor of marijuana at his residence on two occasions during home contacts. In addition, Dudley admitted to this officer that a resident of the house smokes marijuana regularly in the residence. His third-party custodian assured the court no criminal activity would take place at the residence when Dudley was granted pre-trial release. Based on his positive marijuana test and the marijuana use in the residence we would request a bond revocation be scheduled. It is noted that his arraignment hearing is currently scheduled for February 6, 2019.

**PRAYING THAT THE COURT WILL ORDER:** That a hearing be held to determine if the defendant's release should be revoked.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.

/s/ Robert L. Thornton                    /s/ Kyle Kusmierczyk
Robert L. Thornton                        Kyle Kusmierczyk
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          414 Chestnut Street, Suite 102
                                          Wilmington, NC 28401-3958
                                          Phone: 910-679-2034
                                          Executed On: January 30, 2019

### ORDER OF THE COURT

Considered and ordered the 30 day of January , 2019, and ordered filed and made part of the records in the above case.

Terrence W. Boyle
U.S. District Judge